IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SHANKS (TDCJ No. 1997741), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:17-CV-1112-M |
| LORIE DAVIS, Director, TDCJ-CID, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. To the extent Plaintiff seeks in the document filed on June 20, 2017 to amend, that request is denied. The proposed amendment does not cure the deficiencies noted in the Findings, Conclusions and Recommendation.

SO ORDERED this 26th day of June, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE